# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re

Jacquelyn Turner ,

    Debtor.

Case No. 20–31828
Chapter 13

## ORDER CONFIRMING PLAN

    The debtor's plan filed on October 28, 2020, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

    It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

    It is further **ORDERED** that any proposed lien avoidance in the debtor's plan is hereby avoided to the extent the debt is not otherwise provided for by the plan.

Dated November 10, 2020

William R. Sawyer
United States Bankruptcy Judge