UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 20−31828
                                                 Chapter 13

Jacquelyn Turner ,

     Debtor.

## ORDER CONFIRMING PLAN

The debtor's plan filed on October 28, 2020, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

It is further **ORDERED** that any proposed lien avoidance in the debtor's plan is hereby avoided to the extent the debt is not otherwise provided for by the plan.

Dated November 10, 2020

William R. Sawyer
United States Bankruptcy Judge

In re:                                                                            Case No. 20-31828-WRS

Jacquelyn Turner                                          Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 1127-2                             User: admin                                 Page 1 of 2

Date Rcvd: Nov 10, 2020                     Form ID: van297a                          Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacquelyn Turner, 4601 Narrow Lane Rd, Apt 104, Montgomery, AL 36116-2922 |
| 4470297 | | BAPTIST HEALTH, ATTN: FINANCE DEPT., PO BOX 244030, Montgomery, AL 36124-4030 |
| 4470292 | | EQUIFAX INFORMATION SERVICES LLC, P.O. BOX 740241, Atlanta, GA 30374-0241 |
| 4470294 | | EXPERION, P.O. BOX 9701, Allen, TX 75013-9701 |
| 4470301 | + | Easy Money, 2747 W Clay St, Suite A, Saint Charles, MO 63301-2557 |
| 4470302 | + | RIVER BANK & TRUST, PO BOX 1090, Wetumpka, AL 36092-0018 |
| 4479731 | + | THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, An A, c/o CHAMBLESS-MATH & CARR, PC, P.O. BOX 230759, MONTGOMERY, AL 36123-0759 |
| 4470293 | + | TRANSUNION CONSUMER SOLUTIONS, P.O. BOX 2000, CHESTER, PA 19016-2000 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4470296 | + | Email/Text: G2APCBANK@southernco.com | Nov 10 2020 21:12:00 | ALABAMA POWER, P.O. BOX 160, MONTGOMERY, AL 36101-0160 |
| 4486936 | + | Email/Text: G2APCBANK@southernco.com | Nov 10 2020 21:12:00 | ALABAMA POWER COMPANY, ATTN: BARBARA J RICE, 600 NORTH 18TH STREET, BOX 17N-0043, BIRMINGHAM, AL 35203-2200 |
| 4470298 | | Email/Text: poc@axcess-financial.com | Nov 10 2020 21:11:00 | Check N Go, 100 Commercial Drive, Fairfield, OH 45014-5556 |
| 4471808 | | Email/Text: bankruptcy@revenue.alabama.gov | Nov 10 2020 21:13:00 | Alabama Department of Revenue, Legal Division, P.O. Box 320001, Montgomery, Alabama 36132-0001 |
| 4470299 | | Email/Text: bgiles07@yahoo.com | Nov 10 2020 21:11:00 | CORNERSTONE FINANCE, 201 HWY 82 West, P.O.Box 680129, Prattville, AL 36068 |
| 4470300 | | Email/Text: ebnnotifications@creditacceptance.com | Nov 10 2020 21:11:00 | Credit Acceptance, 25505 W 12 Mile, Southfield, MI 48034 |
| 4470303 | + | Email/Text: bankruptcy@revenue.alabama.gov | Nov 10 2020 21:13:00 | STATE OF ALABAMA, 50 NORTH RIPLEY STREET, Montgomery, AL 36132-0001 |
| 4470304 | | Email/PDF: bk@worldacceptance.com | Nov 10 2020 22:53:21 | WORLD FINANCE, PO BOX 6429, Greenville, SC 29606-6429 |
| 4470800 | + | Email/PDF: bk@worldacceptance.com | Nov 10 2020 22:50:50 | World Finance Corp. c/o World Acceptance Corp., Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4470295 | ##+ | AARONS RENTAL, 1015 COBB PLACE BLVD, Kennesaw, GA 30144-3672 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Richard D. Shinbaum | on behalf of Debtor Jacquelyn Turner rshinbaum@smclegal.com scarter@smclegal.com;tbramlett@smclegal.com;jdalton@smclegal.com;jdalton@smclegal.com;shinbaumrr52086@notify.bestcase.com;jcornwell@smclegal.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 3